## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**SUSAN M. HODGES**                                                                          **PLAINTIFF**

**VS.**                                                                 **CIVIL ACTION NO: 1:16CV33-SA-DAS**

**CNCL, LLC d/b/a**
**THE CARRINGTON NURSING CENTER**                              **DEFENDANT**

### ORDER

This matter is before the court on defendant's unopposed motion [43] to extend the dispositive motions deadline. Because the defendant merely seeks an additional seven (7) days, the extension will not affect the trial date for this cause. Having considered the motion, the court finds that it is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that all dispositive and *Daubert*-type motions shall be filed no later than March 28th, 2017.

**SO ORDERED** this, the 21st day of March, 2017.

                 /s/ David A. Sanders
                 UNITED STATES MAGISTRATE JUDGE