IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

SUSAN HODGES                                                                                           PLAINTIFF

V.                                                                       CIVIL ACTION NO. 1:16-cv-33-SA-DAS

CNCL, LLC d/b/a
THE CARRINGTON NURSING CENTER                                                    DEFENDANT

ORDER

For the reasons fully articulated in the Court's Memorandum Opinion issued this day, Defendant's Motion for Summary Judgment [45] is GRANTED. This case is CLOSED.

It is SO ORDERED this the 5th day of September, 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE